# STATE OF LOUISIANA
## COURT OF APPEAL, THIRD CIRCUIT

**09-1518**


**STATE OF LOUISIANA**

**VERSUS**

**DEANNA GASPARD**

**********

APPEAL FROM THE
TWELFTH JUDICIAL DISTRICT COURT
PARISH OF AVOYELLES, NO. 146495
HONORABLE WILLIAM J. BENNETT, DISTRICT JUDGE
**********

**SYLVIA R. COOKS
JUDGE**

**********

Court composed of Sylvia R. Cooks, J. David Painter, and David E. Chatelain,[*] Judges.

**AFFIRMED.**

**Charles A. Riddle, III, District Attorney**
**Andrea D. Aymond, Assistant District Attorney**
**P.O. Box 1200**
**417 N. Main Street**
**Marksville, LA 71351**
**(318) 253-6587**
**COUNSEL FOR APPELLEE:**
    **State of Louisiana**

**Angelo J. Piazza, III**
**P.O. Box 429**
**Marksville, LA 71351**
**(318) 253-6423**
**COUNSEL FOR DEFENDANT/APPELLANT:**
    **Deanna Gaspard**

---

[*] Honorable David E. Chatelain participated in this decision by appointment of the Louisiana Supreme Court as Judge Pro Tempore.

**COOKS, Judge.**

For the reasons assigned in the companion case of *State of Louisiana v. Deanna Gaspard*, 10-1516 (La.App. 3 Cir. __/__/__), ___ So.3d ___, Defendant's sentences are affirmed.

**AFFIRMED.**